UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
NORTHERN DISTRICT OF TEXAS
FEB 20 2026
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 3:26-mj-00164-BW *SEALED* |
| | § | |
| TITO MARRERO | § | |

### ORDER OF TEMPORARY COMMITMENT

On this date the above named Defendant appeared before the undersigned magistrate judge after having been arrested in the above numbered action for an offense against the laws of the United States, and

☒ The government having moved the magistrate judge to hold a hearing to determine whether any condition or combination of conditions will reasonably assure the Defendant's appearances and the safety of any other person and the community (18 U.S.C. §3142(f), as amended P.L. 98-473, 98 Stat. 1837), and

☐ The government's attorney having moved for a continuance of such hearing

☐ It appearing that the Defendant may not be capable of posting of a monetary bond as a condition to assure his appearance and the safety of any other person and the community (§3142(c), supra), and that a hearing on whether the Defendant should be released on bond or should be detained pending disposition of the criminal charges should be deferred from today's date, and

☒ Defendant having moved for a continuance so that he can have an attorney present at the hearing,

IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on Friday, Feb. 27 at 10:00 am. before the undersigned magistrate judge, unless extended for good cause. *

IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

ENTERED this 20th day of February, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

*A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.